PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Joshua Del Jennings 02191614
Plaintiff's Name and ID Number

TDC-J/William P Clements Unit
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Ebenezer Olovomeye   9601 spur 591 Amarillo, TX. 79107
Defendant's Name and Address

Samuel Young   9601 spur 591 Amarillo, TX 79107
Defendant's Name and Address

Tanner R. Mortensen   9601 Spur 591 Amarillo TX 79107
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____

   2. Parties to previous lawsuit:

      Plaintiff(s)_____

      Defendant(s)_____

   3. Court: (If federal, name the district; if state, name the county.)_____

   4. Cause number:_____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?) _____

   7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ William P. Clements Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Joshua DeL Jennings 9601 Spur 591 Amarillo TX 79107 9606

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Ebenezer Olowomeye Ass. Warden TDCJ 9601 Spur 591 Amarillo TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowed me to be mistreated even after being notified

Defendant #2: Jamie L. Young COIZ TDCJ 9601 Spur 591 Amarillo TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Withheld my property in heat of summer

Defendant #3: Tanner R. Mortensen Captian TDCJ 9601 spur 591 Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Knowingly processed a Bogus case and Violated Procedures

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Exhaustion of Grievance Procedure

This unit either Didn't process my step 1 or didn't return it Because I've wrote several I-60's requesting the Grievance # and status but yet have not got a reply this is common practice on this unit to prevent inmates to further there compliants and to cover up TDCJ's wrong doings.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 8/12/23 My Cubicle was searched I was placed in PHD and all my belongings were taken. I was wrote a case for 10.0 Felony inside a penale institution witch in March of 2020 CID Director Lorie Davis Made it Procedure with TDC any inmate Found in possedion of phone is to be wrote up For 16.0 (a less severe case) Then SPO will be activated The case was overturned on step 1 (witch I never got back) Then the same DHO captian Mortensen Reheard the case (witch was never investigated) But upon Being called to cort DHO Mortensen Seen I had a list of Questions so I was Told to Leave the Hearing

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask The case (10.0) Be removed From my Record and to be Finanically Compensated For Pain & suffering and all property Replaced

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Joshua Jennings, Joshua Del Jennings

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2191614, 1695555 Don't Know the other

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

statement of claim

without even having the recording turned on. When I got case in the mail DHO states I was made to leave because of Behavior! cameras will prove DHO Lied also there is a rule violation For creating a Disturbance witch was never wrote! Then less than 30 minutes later a case For 27.0 (out of place) was Ran without me By same DHO without me But this time captian Mortensen said I refused to Attend witch cameras will prove is also a Lie! During all this CO Jamie Young witch is a property officer on Bill Clements Unit Refused to give me any of my Property and on 9/14/23 I was in a cell with temperatures of 104 Degrees and I had a Documented sieizure Then again on 9/19/23 I had 6 Documented sieizures with Temperatures of 90 plus degrees without my Fans Because CO Young Refused to give me my belongings! I notified Warden Olowomeye Though I60 I have that I60 to prove he was notified of the neglect! As a warden it's Olowomeyr's Job to insure that every Rule is followed! as of the Filing of this I still do not have my belongings and am still G5ed Line Class3 due to a Bogus case witch Violation of procedures put into place by CID Director Lorie Davis in march 2020! witch affects my Parole! Also The First time I was Fand Guilty of this case I was G4ed Then when I overturned the Taste and it was reheard I was G5ed witch is more severe punishment then I recieved the First time I was informed by Major Stevens that Because I couldn't Leave well enough alone Now I'm G5ed

C. Has any court ever warned or notified you that sanctions could be imposed?    ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date warning was issued:_____

Executed on: 10-28-23
         DATE

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  28th  day of  October , 20 23 .
       (Day)           (month)           (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Joshua Jennings 2196614
Bill Clements Unit
9601 Spur 591
Amarillo TX 79107

RECEIVED
NOV 13 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USDC Amarillo
205 S.E. 5th Ave Room 133
Amarillo TX 79101-1559

Legal Mail

