IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSHUA DEL JENNINGS, TDCJ-CID No. 2191614, <br><br> Plaintiff, <br><br> v. <br><br> EBENEZER OLOWOMEYE, *et al.* <br><br> Defendants. | 2:23-CV-184-Z-BR |

## JUDGMENT

The Court has entered its order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. Accordingly, Plaintiff's Complaint is **DISMISSED** with prejudice.

**SO ORDERED**.

February 27, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE